

**The following constitutes
the order of the court. Signed July 2, 2018**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THOMAS B. McNEMAR,<br><br>    Debtor. | Case No. 18-40208 CN<br><br>Chapter 11 |
| CINDY McNEMAR,<br><br>    Plaintiff,<br>vs.<br><br>THOMAS B. McNEMAR,<br><br>    Defendant. | Adversary No. 18-4073<br><br>**ORDER GRANTING MOTION TO DISMISS, DENYING MOTION FOR SUMMARY JUDGMENT AND CONTINUING STATUS CONFERENCE** |

On July 2, 2018, the court conducted a status conference and a hearing on Defendant's Motions to Dismiss and for Summary Judgment. Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss is granted with leave to amend.
2. The Motion for Summary Judgment is denied as moot.
3. Plaintiff shall file an amended complaint by **July 23, 2018**. Defendant shall file an answer or otherwise respond to the amended complaint by **August 6, 2018**. If the amended complaint is not timely filed, the adversary proceeding case will be dismissed with prejudice.

1

4. If the amended complaint is timely filed, and the Defendant answers, the status conference is continued to **August 20, 2018** at **10:00 a.m.** in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

**\*\*\* END OF ORDER \*\*\***

2

**ORD GRANTING MOT TO DISMISS, DENYING MOT FOR SUMMARY JUDGMENT AND CONT STATUS CONFERENCE**
Case: 18-04073    Doc# 11    Filed: 07/02/18    Entered: 07/03/18 12:32:43    Page 2 of 3

Adversary No. 18-4073

**COURT SERVICE LIST**

Recipients are ECF participants

3

**ORD GRANTING MOT TO DISMISS, DENYING MOT FOR SUMMARY JUDGMENT AND CONT STATUS CONFERENCE**
Case: 18-04073    Doc# 11    Filed: 07/02/18    Entered: 07/03/18 12:32:43    Page 3 of 3